# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM J. CUNDITT,

    *Plaintiff*,

vs.

HIGH DESERT STATE PRISON, *et al.*,

    *Defendants*.

3:11-cv-00424-RCJ-VPC

ORDER

Plaintiff has filed a civil rights complaint. Neither a filing fee nor an application to proceed *in forma pauperis* was received with the complaint. The complaint further was not filed on the required form as required by the local rules. It does not appear from the allegations presented that a dismissal without prejudice for these defects in properly commencing an action will result in substantial prejudice.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice to a properly commenced action under a new docket number.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: This 5th day of July, 2011.

                                                                    ROBERT C. JONES
                                                         Chief United States District Judge