AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

WILLIAM J. CUNDITT,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:11-cv-00424-RCJ-VPC**

HIGH DESERT STATE PRISON, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action shall be DISMISSED without prejudice to a properly commenced action under a new docket number.


  7/5/2011                                    **LANCE S. WILSON**
                                                Clerk

                                               /s/ Katie Lynn Ogden
                                                Deputy Clerk