# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM J. CUNDITT,

    *Petitioner*,

vs.

HIGH DESERT STATE PRISON, *et al.*

    *Respondents*.

3:11-cv-00424-RCJ-VPC

ORDER

    This closed prisoner civil rights action comes before the Court following upon a post-judgment motion (#17) to reduce or correct sentence and sundry other notices and papers filed by plaintiff.

    This matter is closed. The Ninth Circuit has dismissed plaintiff's appeal. Review of the United States Supreme Court's online docket reflects that there are no proceedings regarding this matter in that court.

    The Court previously struck a class action complaint filed by plaintiff after entry of judgment as improperly filed in this matter. The motion to reduce or correct sentence similarly has been filed improperly in this matter.

    The notices and papers filed range from the clearly frivolous and vexatious to the nonsensical. The Court must control its docket, including vexatious and frivolous litigation activities that improperly tie up limited resources. The Court therefore will direct the Clerk to strike the motion to reduce or correct sentence and further to accept no further filings in this matter other than a notice of appeal from this order.

1    IT THEREFORE IS ORDERED that the motion (#17) to reduce or correct sentence is
2 STRICKEN.
3    IT FURTHER IS ORDERED that the Clerk of Court shall accept no further filings in this
4 matter, other than a notice of appeal from this order, whether received directly from plaintiff
5 or received and forwarded from another court.  The Clerk shall stamp all such materials
6 received – other than a notice of appeal as to this order – and send them back to plaintiff
7 unfiled.
8    IT FURTHER IS ORDERED that the Clerk shall prominently reflect on the docket sheet
9 -- by such use of case flags and bold emphasis in the docket entry as is necessary – that no
10 further filings shall be accepted in this matter except a notice of appeal from this order.
11    This action has been, and remains, closed.
12    DATED:  This 10th day of January, 2012.

_____
ROBERT C. JONES
Chief United States District Judge